IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANNA ACKAWAY, | : | |
| Plaintiff, | : | CIVIL ACTION NO. 14-1300 |
| v. | : | |
| AETNA LIFE INSURANCE COMPANY, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 30th day of September, 2016, after considering (1) the motion for summary judgment filed by the plaintiff, Anna Ackaway (Doc. No. 34); (2) the motion for summary judgment and separately-filed statement of facts filed by the defendant, Aetna Life Insurance Company (Doc. Nos. 35, 36); (3) the administrative record (Doc. No. 37); (4) the plaintiff's response to the defendant's statement of material facts and reply brief (Doc. No. 38); (5) the defendant's response to the plaintiff's statement of facts (Doc. No. 39); and (6) the defendant's response in opposition to the plaintiff's motion for summary judgment (Doc. No. 40); and after hearing oral argument from counsel (Doc. No. 41); and for the reasons stated in the separately-filed memorandum opinion; accordingly, it is hereby **ORDERED** as follows:

1. The plaintiff's motion for summary judgment (Doc. No. 34) is **DENIED**;

2. The defendant's motion for summary judgment (Doc. No. 35) is **GRANTED**;

3. Judgment is entered in favor of the defendant, Aetna Life Insurance Company, and against the plaintiff, Anna Ackaway; and

4. The clerk of court is directed to mark this case as **CLOSED**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.